# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. GODWIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT ORENSTINE,<br><br>　　　　Defendant. | Case No. 1:14-cv-00570-MJS (PC)<br><br>**VOLUNTARY DISMISSAL OF ACTION**<br><br>**(ECF No. 8)**<br><br>**CLERK SHALL CLOSE CASE** |

　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　Plaintiff filed a request for voluntary dismissal on May 19, 2014. (ECF No. 8.)

　　Under Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal. Plaintiff's May 19, 2014 request is sufficient as a notice of dismissal under Rule 41.

　　Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED without prejudice. The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:　May 29, 2014　　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1